# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION



UNITED STATES OF AMERICA

-vs-

RUEBEN VIERA, JR.

Case Number: 6:06-Cr-220-Orl-31KRS

USM Number: 39251-054

Clarence W. Counts, Jr.
Federal Public Defender's Office
201 S. Orange Ave. #300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 1, 2, 3 and 4 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Criminal Conduct: Trafficking in a Controlled Substance | March 30, 2006 |
| 2 | New Criminal Conduct: Trafficking in a Controlled Substance | April 24, 2006 |
| 3 | New Criminal Conduct: Trafficking in a Controlled Substance | April 24, 2006 |
| 4 | New Criminal Conduct: Trafficking in a Controlled Substance | April 24, 2006 |

The defendant has not violated condition 5 pursuant to agreement of the parties and is discharged as to such violation condition

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

9/17/2007

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

September 18, 2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

RUEBEN VIERA, JR.  Page 2 of 2
6:06-Cr-220-Orl-31KRS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 Months**. This term shall run consecutive to the term of imprisonment imposed by the Orange County Circuit Court in Case No. 48-2006-CF-011914-O.

It is FURTHER **ORDERED** that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal